## GOTTLIEB & ASSOCIATES PLLC
### ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

May 2, 2025

**VIA ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*The request is granted. The initial pretrial conference scheduled for May 12, 2025, is adjourned to June 26, 2025 at 11:00 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.*

*Date: 5/5/2025*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *Crumwell v. Recon Protection LLC*
          Case No.: 1:25-cv-1198

Dear Judge Liman,

The undersigned represents Denise Crumwell, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Recon Protection LLC ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for May 12, 2025, at 11:00 AM (Dkt. 7) be adjourned for 60 days because the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.